# EXHIBIT LIST: COMPLAINT

**Description** **Exhibit**

Red Pen Review of Plaintiff Cooksey's Website ........................................... 1

January 18 email chain between Plaintiff Cooksey and Charla Burill ........... 2

January 19 email chain between Plaintiff Cooksey and Charla Burill ........... 3

January 27 email chain between Plaintiff Cooksey and Charla Burill ........... 4