# EXHIBIT LIST: MOTION FOR PRELIMINARY INJUNCTION

**Description** **Exhibit**

Declaration of Steven Cooksey in Support of Plaintiff's Motion for Preliminary Injunction ................................................................................. 1

Declaration of Karen Gale in Support of Plaintiff's Motion for Preliminary Injunction ................................................................................. 2

Declaration of Adele Hite in Support of Plaintiff's Motion for Preliminary Injunction ................................................................................. 3

Declaration of Melissa Lopresti in Support of Plaintiff's Motion for Preliminary Injunction ................................................................................. 4