IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV336-MOC-DSC

| | |
|---|---|
| STEVE COOKSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHELLE FUTRELL, et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [of Jeff Rowes and Paul M. Sherman]" (documents ##2-3) filed May 29, 2012. For the reasons set forth therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: May 30, 2012

David S. Cayer
United States Magistrate Judge