# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Steve Cooksey,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:12cv336

Michelle Futrell, et al

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2012 Order.

                                          Signed: October 5, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court